UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 19-cr-20052
Hon. Matthew F. Leitman

v.

DEWAYNE COOK,

    Defendant.
_____/

**ORDER GRANTING EX PARTE MOTION FOR
LEAVE TO FILE EXHIBITS USING THE MEDIA FILE UPLOAD**

This matter is before the Court on the government's motion for leave to file via the electronic portal "Media File Upload" in CM/ECF multiple exhibits consisting of video files in support of its sentencing memorandum. The Court has reviewed the motion and finds that it should be granted.

Accordingly, it is **ORDERED** that the government's *ex parte* motion for leave to file exhibits via the electronic portal "Media File Upload" in CM/ECF (ECF No. 43) is **GRANTED**. The government shall file a copy of the video recordings with the Clerk's office as required by the Court's CM/ECF Filing Policies and Procedure R19(c).

    **IT IS SO ORDERED.**

                                             /s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: September 8, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 8, 2022, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126